UNITED STATES COURT OF INTERNATIONAL TRADE
------------------------------------------------------------ X
LAUNCHLAB, INC.
SLEEPYPOD / CINETACTICS

Plaintiff,

v.                                    Court No. 15-00288

UNITED STATES,

Defendant.
------------------------------------------------------------ X

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest involved here was filed and the action involved here was commenced within the time provided by law, and all liquidated duties, charges, or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entry set forth on Schedule A, attached, consists of pet carriers.

3. U.S. Customs and Border Protection or its predecessors classified the imported merchandise under subheading, 4202.92.90, of the Harmonized Tariff Schedule of the United States (HTSUS), as travel, sports or similar bags and assessed duties at the rate of 17.6 percent *ad valorem*.

4. The stipulable merchandise is classifiable as other textile articles under subheading 6307.90.98, HTSUS.

5. The imported merchandise, covered by the entry on the attached schedule, is stipulable in accordance with this agreement.

LaunchLab, Inc. Sleepypod / Cinetactics v. United States, Court No. 15-00288

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entry are abandoned.

8. Each party will bear its own attorney's fees, expenses, and costs.

Respectfully Submitted,

| | |
|---|---|
| BARNES, RICHARDSON & COLBURN, LLP<br>Attorneys for Plaintiff<br>100 William street, Suite 305<br>New York, New York 10038<br>Tel: (212) 725-0200<br><br>By: *Alan Goggins* (signature)<br>Alan Goggins | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By: *Justin R. Miller* (signature) 8/2/2022<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br><br>MONICA TRIANA  *Digitally signed by MONICA TRIANA Date: 2022.08.03 16:47:04 -04'00'*<br>MONICA TRIANA<br>Trial Attorneys<br>Civil Division, Dept. of Justice<br>Commercial Litigation Branch<br>International Trade Field Office<br>26 Federal Plaza, Suite 346<br>New York, New York 10278<br>Tel. No. 212-264-9230 or 9232<br>*Attorneys for Defendant* |

LaunchLab, Inc. Sleepypod / Cinetactics v. United States, Court No. 15-00288

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; and the appropriate U.S. Customs and Border Protection officials shall reliquidate the entry and make refund in accordance with the stipulation of the parties set forth above.

Date:   This ____ day of _____, 2022        _____
        New York, New York                      Judge

LaunchLab, Inc. Sleepypod/Cinetactics v. United States, Court No. 15-00288

Schedule A to Stipulated Judgment

Port of Entry: Long Beach, CA

| Court No. | Protest Number | Entry Number | Merchandise Description |
|---|---|---|---|
| 15-00288 | 2704-14-101673 | EAE-1049066-0 | SP-BLK Sleepypod Pet Carrier in Jet Black |
| | | | SP-RED Sleepypod Pet Carrier in Strawberry Red |
| | | | SP-WHT Sleepypod Pet Carrier in Arctic White |
| | | | SP-CHO Sleepypod Pet Carrier in Dark Chocolate |
| | | | SP-SKY Sleepypod Pet Carrier in Sky Blue |
| | | | SP-WHT Sleepypod Pet Carrier in Blossom Pink |
| | | | AT-BLK Atom Pet Carrier in Jet Black |
| | | | AT-RED Atom Pet Carrier in Strawberry Red |
| | | | AT-CHO Atom Pet Carrier in Dark Chocolate |
| | | | AT-ROB Atom Pet Carrier in Robin's Egg Blue |
| | | | AT-PNK Atom Pet Carrier in Blossom Pink |
| | | | AI-BLK Air Pet Carrier in Jet Black |
| | | | AI-CHO Air Pet Carrier in Dark Chocolate |
| | | | AI-SIL Air Pet Carrier in Glacial Silver |
| | | | AI-ORD Air Pet Carrier in Orange Dream |
| | | | AI-RED Air Pet Carrier in Strawberry Red |